UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20632-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**NORRIS LUNDY,**

        **Defendant.**

_____/

## ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

      This matter arose upon the Motion for Psychological Examination filed by counsel for Defendant Norris Lundy (DE # 19). The Honorable K. Michael Moore, United States District Judge, has referred this matter to the undersigned Magistrate Judge (DE # 11).

      Following a hearing held on September 9, 2009, the Court determined that there was reasonable cause to believe that Mr. Lundy may be suffering from a mental disease or defect such that he was mentally incompetent (DE # 22).  Therefore, pursuant to 18 U.S.C. §§ 4241 and 4247, the Court ordered that he be evaluated by a qualified psychiatrist or psychiatrist to determine his competency.

      The evaluation was completed and a report from Lisa B. Feldman, Psy. D. was furnished to the Court, counsel for Mr. Lundy, and counsel for the Government.  A competency hearing was held on November 5, 2009.  At the hearing, both parties agreed that the Court should consider the report in lieu of live testimony, and that, as set forth in the report,  Mr. Lundy was competent to understand the proceedings in this Court and to assist his counsel.  The report of the evaluation of the defendant was filed, under seal

as Court Exhibit 1 to the hearing (DE # 32).

Dr. Feldman evaluated Mr. Lundy through the use of Clinical Interviews, Mental Status Examination, Wechsler Abbreviated Scale of Intelligence (WASI), Validity Indicator Profile (VIP), Kaufman Short Neuropsychological Assessment Procedure (KSNAP), Test of Memory Malingering (TOMM), Georgia Court Competency Test-Mississippi State Hospital (GCCT-MSH), Evaluation of Competency to Stand Trial-Revised (ECST-R), Competence Assessment for Standing Trial for Defendants with Mental Retardation (CAST-MR), Structured Interview of Reported Symptoms (SIRS), and the Minnesota Multiphasic Personality Inventory-Second Edition (MMPI-2).  Dr. Feldman provided a diagnosis of Polysubstance Dependence, In a Controlled Environment (DSM-IV-TR 304.80), and Antisocial Personality Disorder, (DSM-IV-TR 301.7).

With respect to the issue of competency, Dr. Feldman specifically opined that Mr. Lundy "demonstrated no active mental states that would interfere with his rational or factual understanding of the proceedings against him or his ability to assist toward his defense" and recommended that he be found competent to stand trial (DE # 32 at 13).  In reaching this result, Dr. Feldman noted that Mr. Lundy's general court knowledge revealed a sufficient understanding of courtroom roles and proceedings, that he was able to identify the charges against him, that he had knowledge of the possible penalties, and that he was able to coherently discuss the charges and evidence against him.  In sum, Dr. Feldman found that he demonstrated "an awareness of the legal system and ... [a] factual and rational understanding of the charges against him, as well as, an ability to meaningfully assist in his own defense and rationally consider various legal options related to his current case."

.

Therefore, based upon the uncontradicted report of psychological evaluation, the comments of counsel, and the observations of the defendant in the courtroom by the undersigned Magistrate Judge, I specifically find that the defendant understands the nature and consequences of these proceedings, the nature of the charges against him, and is able to assist counsel in the preparation of his defense.  The defendant is hereby found to be competent to stand trial.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of November, 2009.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable K. Michael Moore,  United States District Judge
All counsel of record